MAX ROSENBLATT, Appellant, *v.* SURPRISE BUILDING COMPANY, Respondent.

(Argued October 1, 1928; decided October 9, 1928.)

*Adam K. Stricker* for motion.

*Benjamin Algase* and *Herman Shulman* opposed.

Motion denied.

WALSTON H. BROWN, Individually and as Trustee for Stockholders of the CALIFORNIA COMPANY, Plaintiff, *v.* BANK OF PITTSBURGH NATIONAL ASSOCIATION, as Administrator of the Estate of WILLIAM L. KANN, Deceased, et al., Respondents.

EVA R. I. BROWN, as Committee of the Estate of WALSTON H. BROWN, an Incompetent Person, Appellant.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 571.)